| | |
|---|---|
| DANIEL JOHNSON, JR. | DURIE TANGRI LLP |
| MICHAEL J. LYONS | DARALYN J. DURIE (SBN 169825) |
| MICHAEL F. CARR | ddurie@durietangri.com |
| WALTER SCOTT TESTER | DAVID McGOWAN (SBN 154289) |
| MORGAN, LEWIS & BOCKIUS LLP | dmcgowan@durietangri.com |
| 2 Palo Alto Square | GENEVIEVE P. ROSLOFF (SBN 258234) |
| 3000 EI Camino Real, Suite 700 | grosloff@durietangri.com |
| Palo Alto, CA 94306-2122 | 217 Leidesdorff Street |
| Tel: 650.843.4000 | San Francisco, CA  94111 |
| Fax: 650.843.4001 | Telephone:    415-362-6666 |
| Email: djjohnson@morganlewis.com | Facsimile:    415-236-6300 |
| Email: mlyons@morganlewis.com | |
| Email: mcarr@morganlewis.com | Attorneys for Defendant |
| Email: stester@morganlewis.com | GENENTECH, INC. |

ROBERT SMYTH, PH.D.
TODD B. BUCK, PH.D.
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
Email: rsmyth@morganlewis.com
Email: tbuck@morganlewis.com

DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:  310-277-1010
Facsimile:  310-203-7199

Attorneys for Plaintiffs
ELI LILLY AND COMPANY and
IMCLONE SYSTEMS LLC

Attorneys for Defendant
CITY OF HOPE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, and IMCLONE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GENENTECH, INC., and CITY OF HOPE<br><br>Defendants. | Case No. 4:13-cv-00919-YGR<br><br>**STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT OF INVALIDITY, UNENFORCEABILITY, AND NONINFRINGEMENT**<br><br>Ctrm:   5, 2nd Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

GRANTED
Judge Yvonne Gonzalez Rogers
3/29/13

Plaintiffs Eli Lilly and Company and ImClone Systems LLC (collectively "Lilly") and Defendants Genentech, Inc. and City of Hope (collectively "Defendants"), pursuant to Civil Local Rules 6-1 and 6-2, respectfully request that the Court enter the following stipulation regarding the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint for Declaratory Judgment of Invalidity, Unenforceability, and Noninfringement.  The parties now AGREE and STIPULATE to extend the time to answer or otherwise respond to the Amended Complaint by thirty days, from March 22, 2013 to April 22, 2013.

### 1. Reason for the Extension of Time.

At the request of Defendants, the parties have met and conferred and jointly agree, for the convenience of the parties, to the requested extension.

### 2. Prior Time Modifications.

There have been no previous time modifications in this case.

### 3. Effect of Modification.

The requested extension will have no effect on the rest of the schedule in this action.

**IT IS SO STIPULATED.**

Dated:  March 18, 2013

MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ Daniel Johnson, Jr.*
DANIEL JOHNSON, JR.

Attorneys for Plaintiffs
ELI LILLY AND COMPANY and
IMCLONE SYSTEMS LLC

Dated:  March 18, 2013

DURIE TANGRI LLP

By:   */s/ Daralyn J. Durie*
DARALYN J. DURIE

Attorneys for Defendant
GENENTECH, INC.

Dated:  March 18, 2013

IRELL & MANELLA LLP

By:   */s/ David I. Gindler*
DAVID I. GINDLER

Attorney for Defendant
CITY OF HOPE

# FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Daralyn J. Durie, attest that concurrence in the filing of this document has been obtained.

Dated:  March 18, 2013

*/s/ Daralyn J. Durie*
DARALYN J. DURIE

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on March 18, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Daralyn J. Durie*
Daralyn J. Durie