**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELI LILLY AND COMPANY** *et al.*, <br><br> Plaintiff(s), <br><br> vs. <br><br> **GENENTECH, INC.** *et al.*, <br><br> Defendant(s). | **Case No.: 13-CV-00919 YGR** <br><br> **ORDER DENYING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Defendants Genentech, Inc. and City of Hope's Administrative Motion to File Documents Under Seal is **DENIED**. Although the parties' license agreement may contain commercially sensitive material, Defendants have not established that the excerpts that they seek to file under seal—namely, the Choice of Law and Notices clauses—contain such commercially sensitive material. Defendants shall file the document(s) in the public record without redaction pursuant to Civil L.R. 79-5.

This Order Terminates Docket Number 18.

**IT IS SO ORDERED**.

**Date: 5/2/13**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**