# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELI LILLY AND COMPANY** *et al.*, | Case No.: 13-CV-00919 YGR |
| Plaintiffs, | **ORDER CONTINUING MOTION HEARING** |
| vs. | |
| **GENENTECH, INC.** *et al.*, | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED THAT the Hearing on Defendants' Motion to Change Venue (Dkt. No. 19) and Defendants' Motion to Dismiss (Dkt. No. 24) is **CONTINUED** from May 28, 2013 to **Tuesday, July 23, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED**.

Date: May 22, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**