1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   217 Leidesdorff Street
3  San Francisco, CA  94111
   Telephone:  (415) 362-6666
4  Facsimile:   (415) 236-6300

5  Attorneys for Defendant GENENTECH, INC.

6
   *Counsel continued on next page*
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11 ELI LILLY AND COMPANY and          )  Case No.: 2:13-cv-07248-MRP-JEM
   IMCLONE SYSTEMS LLC,               )
12                                     )  **REQUEST FOR AN ORDER TO**
            Plaintiffs,                )  **SHOW CAUSE WHY THE EXPERT**
13                                     )  **REPORT OF DANIEL J. CAPON**
        vs.                           )  **AND REBUTTAL EXPERT**
14                                     )  **REPORT OF DANIEL J. CAPON**
   GENENTECH, INC. and CITY OF        )  **SHOULD NOT BE STRICKEN IN**
15 HOPE,                              )  **THEIR ENTIRETY**
                                      )
16          Defendants.               )
                                      )  Date:   TBD
17                                     )  Time:   TBD
                                      )  Crtrm:  12 – Spring St. Floor
18                                     )  Judge:  Hon. Mariana R. Pfaelzer
                                      )
19                                     )
                                      )
20 _____)

21

22

23

24

25

26

27

28

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
KENNETH GALLO (*Pro Hac Vice*)
kgallo@paulweiss.com
ERIC A. STONE (*Pro Hac Vice*)
estone@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:   (212) 373-3000
Facsimile:    (212) 757-3990

Attorneys for Defendants GENENTECH, INC.
and CITY OF HOPE

IRELL & MANELLA LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:   (310) 277-1010
Facsimile     (310) 203-7199

Attorneys for Defendant CITY OF HOPE

1    Two days ago, on Tuesday January 13, the Court heard oral argument on
2 Genentech's and City of Hope's motion to strike portions of the rebuttal reports
3 from two of Lilly's experts, Dr. Andreas Pluckthun and Dr. Daniel Capon.
4 Defendants now write to update the Court on a development that has just occurred—
5 Dr. Capon failed to appear at his noticed deposition.   Durie Decl. at ¶11.
6 Defendants request that the Court issue an order to show cause why Dr. Capon's
7 opening and rebuttal reports should not be stricken in their entirety in light of his
8 failure to appear.

9    On January 5, 2015, Genentech and City of Hope noticed Dr. Capon's
10 deposition for January 15, 2015 at the offices of Durie Tangri LLP in San Francisco.
11 Durie Decl. at ¶6.  Lilly agreed to that date.  *Id*. at ¶3.  Previously, Lilly's counsel
12 had suggested that if the Court did not strike Dr. Capon's testimony and instead
13 allowed Genentech and City of Hope to submit sur-rebuttal reports, it would not
14 allow Dr. Capon to appear for his noticed deposition prior to the receipt of any such
15 sur-rebuttal reports and, the afternoon before Dr. Capon's deposition, Lilly's
16 counsel confirmed that Dr. Capon's deposition would not proceed as noticed.  Durie
17 Decl. at ¶¶5, 10.  Lilly's stated reason was that if the Court did not strike the
18 disputed rebuttal testimony from Dr. Capon and instead were to allow Genentech
19 and City of Hope to submit a sur-rebuttal report—one, but by no means the only,
20 possible outcome of the pending motion—then Dr. Capon should have the right to
21 read that sur-rebuttal report before he, himself testifies.  *Id*.  Lilly did not, however,
22 seek any form of relevant relief from the Court.  It did not move for a protective
23 order.  At Tuesday's hearing Lilly's counsel did not even mention canceling Dr.
24 Capon's deposition if the Court had not ruled on the motion.  Nor would any such
25 cancellation make sense:  Dr. Capon could have testified about his own opinions
26 without seeing a sur-rebuttal report.  They are <u>his</u> opinions.

27

28

1         Lilly's failure to produce Dr. Capon is the most recent, and should be the last,

2  act in its pattern of improper behavior with respect to its experts.  Genentech and

3  City of Hope respectfully submit that in light of Lilly's having not produced

4  Dr. Capon for his deposition, the Court should issue an order to show cause why

5  Dr. Capon's opening and rebuttal reports should not be stricken in their entirety.

6  Dated: January 15, 2015                    **DURIE TANGRI LLP**

7                                             BY:  */s/ Daralyn J. Durie*

8                                                  DARALYN J. DURIE

9                                             Attorneys for Defendant
10                                            GENENTECH, INC.

11                                            **PAUL, WEISS, RIFKIND,**
                                              **WHARTON & GARRISON LLP**
12
13                                            BY:  */s/ Kenneth A. Gallo*
                                                   KENNETH A. GALLO
14
15                                            Attorneys for Defendants
                                              GENENTECH, INC. and CITY OF
16                                            HOPE

17                                            **IRELL AND MANELLA LLP**

18
                                              BY:  */s/ Joseph M. Lipner*
19                                                 JOSEPH M. LIPNER

20                                            Attorneys for Defendant
21                                            CITY OF HOPE

22                                     **FILER'S ATTESTATION**

23  Pursuant to Civil L.R. 5-4.3.4, regarding signatures, I, Daralyn J. Durie, attest that

24  concurrence in the filing of this document has been obtained.

25  Dated:  January 15, 2015                    */s/ Daralyn J. Durie*
                                                 DARALYN J. DURIE
26

27

28

1
2
3
## <u>CERTIFICATE OF SERVICE</u>
4
        I certify that counsel of record in Case No. 2:13-cv-07248-MRP-JEM are
5
being served on January 15, 2015 with a copy of this document via the Court's
6
CM/ECF system.
7
                                                        */s/ Daralyn J. Durie*
8                                                       DARALYN J. DURIE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST FOR AN ORDER TO SHOW CAUSE WHY THE EXPERT REPORT OF DANIEL J. CAPON AND REBUTTAL EXPERT REPORT OF DANIEL J.
CAPON SHOULD NOT BE STRICKEN IN THEIR ENTIRETY / CASE NO. 2:13-CV-07248 MRP (JEM)